IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00186–DME–KMT

COLLECTACHECK, INC.,

    Plaintiff,

v.

CHECK COLLECTION & RECOVERY, INC.,
VICTOR LONG, and
CHARLES HINELY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Vacate Settlement Conference" (# 16, filed May 13, 2009) is GRANTED. The settlement conference scheduled for May 27, 2009 is VACATED. The parties shall place a conference call to chambers no later than May 20, 2009 to reschedule the settlement conference.

Dated: May 14, 2009