IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00186–DME–KMT

COLLECTACHECK, INC.,

　　Plaintiff,

v.

CHECK COLLECTION & RECOVERY, INC.,
VICTOR LONG, and
CHARLES HINELY,

　　Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion of Plaintiff CollectACheck, Inc. to Vacate Settlement Conference" (#32, filed August 19, 2009) is GRANTED.  The Settlement Conference currently scheduled for August 26, 2009 is VACATED.  The parties are ORDERED to file a status report advising the court of when private mediation has been scheduled, and within ten (10) days of the conclusion of private mediation.

Dated: August 21, 2009