IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00186–DME–KMT

COLLECTACHECK, INC.,

    Plaintiff,

v.

CHECK COLLECTION & RECOVERY, INC.,
VICTOR LONG, and
CHARLES HINELY,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Joint Motion to Modify Scheduling Order to Extend Expert Witness Deadlines" (#35, filed August 26, 2009) is GRANTED. The expert witness disclosure deadline is extended to September 30, 2009. The rebuttal expert witness disclosure deadline is extended to October 15, 2009.

Dated: August 31, 2009