IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00186–DME–KMT

COLLECTACHECK, INC.,

    Plaintiff,

v.

CHECK COLLECTION & RECOVERY, INC.,
VICTOR LONG, and
CHARLES HINELY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Modify Scheduling Order to Extend Discovery Deadlines and Expert Witness Deadlines" (#42, filed September 28, 2009) is GRANTED. The Discovery Cut-off is extended to November 11, 2009; the deadline to exchange expert witness disclosures is extended to October 30, 2009.

Dated: September 28, 2009