IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00186–DME–KMT

COLLECTACHECK, INC.,

     Plaintiff,

v.

CHECK COLLECTION & RECOVERY, INC.,
VICTOR LONG, and
CHARLES HINELY,

     Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Joint Motion to Modify Scheduling Order" (#57, filed October 26, 2009) is GRANTED. The deadline to disclose expert witnesses is extended to November 27, 2009; the deadline to disclose rebuttal experts is extended to December 11, 2009; the fact discovery deadline is extended to December 29, 2009; and the dispositive motions deadline is extended to December 31, 2009. **No further extensions will be granted.**

Dated: October 28, 2009