**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00186-DME-KMT

COLLECTACHECK, INC.,

    Plaintiff,

v.

CHECK COLLECTION & RECOVERY, INC.; VICTOR LONG; and CHARLES HINELY,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS
WITHOUT PREJUDICE**

---

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss Without Prejudice, and being fully advised in the premises, hereby

ORDERS that said motion is GRANTED. All claims are dismissed, and this case is dismissed without prejudice. Each party shall pay its own costs and attorneys' fees.

Dated this   14th   day of    January   , 2010.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge